**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00016-CR**
**NO. 09-24-00017-CR**

_____

**TYLER DOUGLAS CLARK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 22-10-14486-CR and 23-02-03018-CR**

**MEMORANDUM OPINION**

On May 28, 2024, we received a suggestion of death indicating that the appellant, Tyler Douglas Clark, is deceased. Because the death occurred after Clark perfected the appeals and before we issued our mandate, the appeals must be permanently abated. *See* Tex. R. App. P. 7.1(a)(2). Accordingly, the appeals are permanently abated.

APPEAL IS ABATED.

PER CURIAM

Submitted on June 11, 2024
Opinion Delivered June 12, 2024
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

2